# Court of Appeals
# of the State of Georgia

ATLANTA, November 24, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0818. EP PROPERTIES, INC. v. HENRY EDWARD WRIGHT.

This is the second appearance of this case before us. EP Properties, Inc. filed an action against Henry Edward Wright, seeking to recover property damages after Wright drove his vehicle into a pillar of a building owned by EP. The trial court subsequently granted Wright's motion for partial summary judgment as to a calculation of damages issue. EP appealed, and we reversed. See *E. P. Props. v. Wright*, 375 Ga. App. 83 (913 SE2d 740) (2025). Upon remittitur, Wright filed a second motion for summary judgment, which the trial court granted on October 1, 2025. EP then filed its notice of appeal on November 5, 2025. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Yanes v. Escobar*, 362 Ga. App. 896, 898 (870 SE2d 506) (2022). Here, EP did not file its notice of appeal until 35 days after entry of the summary judgment order. Thus, its notice of appeal was untimely.

Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,   11/24/2025                    *
          *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*